IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EVERETT SANDERS                                                                        PLAINTIFF

VERSUS                                             CIVIL ACTION NO.: 5:17cv99-KS-MTP

CITY OF NATCHEZ, *et al.*                                                          DEFENDANTS

## ORDER TO SHOW CAUSE

At the request of the parties, the Court set a settlement conference for November 28, 2018 and directed all parties to submit confidential settlement memoranda to the undersigned by not later than November 26, 2018. *See* Order [67]. The Plaintiff did not submit a confidential settlement memorandum as ordered.

IT IS, THEREFORE, ORDERED that Plaintiff shall show cause, in writing, by 12:00 p.m. today, why sanctions should not be imposed upon Plaintiff and his counsel for failure to comply with the order. **Failure to timely respond or show just cause and to immediately submit the settlement memorandum will result in the imposition of sanctions.**

SO ORDERED this 27th day of November, 2018.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE