IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EVERETT SANDERS**                                                     **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO.: 5:17-CV-99-DCB-MTP**

**CITY OF NATCHEZ, MISSISSIPPI:
DARRYL GRENNELL, INDIVIDUALLY and
IN OFFICIAL CAPACITY AS MAYOR OF
NATCHEZ, MISSISSIPPI; SARAH
CARTER-SMITH, INDIVIDUALLY and IN
HER OFFICIAL CAPACITY AS AN
ALDERMAN OF THE CITY OF NATCHEZ, et al.**          **DEFENDANTS**

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW the plaintiff, Everett Sanders, by and through his undersigned counsel, and respectfully responds to this Honorable Court's *Order to Show Cause.* In support of said *Response to Order to Show Cause*, Plaintiff will show unto this honorable Court the following:

1. This Court directed all parties to submit confidential settlement memoranda to the Magistrate Judge not later than November 26, 2018. Plaintiff failed to do so as ordered.

2. Plaintiff has good cause for failing to do so because the counsel for the Plaintiff overlooked putting the date on he calendar, due to a recent onslaught of medical issues, including appointments and upcoming surgery and procedures which diverted her attention and concentration.

3. That Counsel for Plaintiff overlooked submitting Plaintiff's settlement memorandum, but is in the process of submitting the memorandum, and anticipates that it will be submitted within a short period of time–specificly, by 2:00 p.m. on this date.

4. That the Court will find that the Plaintiff has shown sufficient and just cause for not

having timely followed the Court's instructions.

5.     That the delay will in no way prejudice the rights of any defendant or severely hamper the process of this court.

6.     That Counsel for Plaintiff has not been diliatory, but acts in good-faith, as the circumstances cited above have constituted an extreme hardship on counsel's ability to perform within the given time constraints.

WHEREFORE, the plaintiff requests that this Court will accept this response as "good cause" and dissolve the Order to Show Cause and not impose any sanctions against the plaintiff.

**THIS,** the 27th day of November 2018.

**Respectfully submitted,**

EVERETT SANDERS, Plaintiff

By:    */s/ Lydia R. Blackmon*
       LYDIA ROBERTA BLACKMON
       MSB#8650
       Attorney and Counselor at Law
       P. O. Box 2146
       Natchez, MS 39121-2146
       (662) 834-0068
       (855) 604-7220 - FAX

       ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I, Lydia Roberta Blackmon, hereby certify that I have this day served, via electronic filing, a true and correct copy of the foregoing Plaintiff's Response to Show Cause Order on the following:

>Magistrate Judge Michael T. Parker
>United States Courthouse
>701 N. Main Street, Suite 216
>Hattiesburg, MS 39401
>parker_chambers@mssd.uscourts.gov
>
>Nicholas F. Morisani
>PHELPS DUNBAR, LLP
>4270 I-55 North
>Jackson MS 39211
>Post Office Box 16114
>Jackson, MS 39236-6114
>nicholas.morisani@phelps.com

This, the 27th day of November 2018.

__/s/ Lydia Roberta Blackmon__
**LYDIA ROBERTA BLACKMON**
M. S. B. #8650