IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**EVERETT SANDERS**                                                                       **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO. 5:17-cv-99-KS-MTP**

**CITY OF NATCHEZ, MISSISSIPPI,**
**ET AL.**                                                                             **DEFENDANTS**

**ORDER**

      This matter is before the Court on Defendants' Notice of Itemization of Time and Expenses [89] submitted in furtherance of the Order entered on January 17, 2019 [86], awarding sanctions against Plaintiff for failure to timely produce his 2017 tax return. In said prior Order, the Court ordered the Defendants to furnish the Court an itemization of all time and expenses involved in enforcing the issue of the production of the 2017 tax return. Although Plaintiff was allowed five (5) days to file a response to the itemization, Plaintiff did not respond. The Court has now considered Defendant's submissions, including the time sheets and the affidavit of Nicholas Morisani, and finds that the fees (both the hourly rate and time spent) sought by Defendants are reasonable. Therefore,

      IT IS HEREBY ORDERED that Plaintiff, Everett Sanders, shall pay $1,156.25 to Phelps Dunbar, LLP. Pursuant to the Court's previous Order [86], said amount is due and payable five (5) days from the date of this Order.

      SO ORDERED AND ADJUDGED, on this, the 5th day of February 2019.

                                                                              /s/ Keith Starrett
                                                                              KEITH STARRETT
                                                                              UNITED STATES DISTRICT JUDGE